# Court of Appeals
# of the State of Georgia

ATLANTA,  June 20, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1987.  ITALIO JONES v. THE STATE.**

In 2015, Italio Jones pled guilty to two counts of burglary in the first degree and one count of obstruction of an officer.  The trial court sentenced him to seven years, with the first 120 days to be served in confinement.  After his release from confinement, the trial court revoked his probation on four different occasions for violating the terms and conditions of his probation.  Ultimately, in August 2018, the trial court ordered that Jones serve the balance of his probation in confinement.  In March 2019, Jones filed a motion to modify sentence.  The trial court denied his motion, and Jones filed this direct appeal.  We, however, lack jurisdiction.

Because the underlying subject matter of this appeal concerns the revocation of probation, Jones was required to file an application for discretionary appeal.  See OCGA § 5-6-35 (a) (5), (b); *Jones v. State*, 322 Ga. App. 269, 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/20/2019*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*  , Clerk.